

| **MURIEL GOODE-TRUFANT**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **Valerie L. Forbes**<br>*Special Assistant Corporation Counsel*<br>Office: (212) 356-0873 |

September 30, 2025

**VIA ECF**
Hon. Katherine Polk Failla
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007



        Re:     *D.S. v. N.Y.C. Dep't of Educ.*, 25-cv-04996 (KPF)(VF)

Dear Judge Failla:

     I am a Special Assistant Corporation Counsel in the office of Corporation Counsel, Muriel Goode-Trufant, attorney for Defendant in the above-referenced action, wherein Plaintiffs seek solely attorneys' fees, costs and expenses for legal work on an administrative hearing under the Individuals with Disabilities Education Act, 20 U.S.C. §1400, *et seq*. ("IDEA"), as well as for this action.

     I write pursuant to the Court order dated June 18, 2025 (ECF No. 5), to respectfully request an adjournment *sine die* of the Initial Pretrial Conference currently scheduled for Friday, October 10, 2025 at 2:30 pm, as well as the date for submission of the attendant Case Management Plan and proposed Scheduling Order. Plaintiff consents to this request. This is the first request for an adjournment. The Court should note the Defendants Answer is due October 20, 2025.

     The city has completed its internal review process and the parties are now engaged in good faith negotiations and remain hopeful that this matter can be resolved without further burdening the Court. We respectfully request that a proposed briefing schedule be held in abeyance to allow time for the possibility of settlement.

     Accordingly, Defendants respectfully request that the Court adjourn the Initial Pretrial Conference and attendant Case Management Plan and proposed Scheduling Order, *sine die* and propose that they submit a joint letter by October 31, 2025 to update the Court on the status of settlement negotiations.
     .
     Thank you for considering this request.

                                                              Respectfully submitted,
                                                              */s/ Valerie L. Forbes*
                                                              Valerie L. Forbes, Esq.
                                                                Special Assistant Corporation Counsel

cc:     Michele Kule-Korgood, Esq. (via ECF)

Application GRANTED. The Initial Pretrial Conference currently scheduled for October 10, 2025 is hereby ADJOURNED *sine die*. The parties shall submit a joint letter updating the Court on the status of settlement negotiations on or before **October 31, 2025.**

The Clerk of Court is directed to terminate the pending motion at docket entry 11.

Dated:    October 1, 2025          SO ORDERED.
          New York, New York

                                   *Katherine Polk Failla*

                                   HON. KATHERINE POLK FAILLA
                                   UNITED STATES DISTRICT JUDGE